AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRETT WYATT NEAL,

*Plaintiff*

v.

YAKIMA COUNTY JAIL, ED CAMBELL,
CO MIKEBBAY and CHRIS H.S.A.,

*Defendant*

Civil Action No.   1:20-CV-3084-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 07, 2020**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The Complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Rosanna Malouf Peterson   on a motion for

Date:   October 7, 2020

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

Sean F. McAvoy